IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff ) | |
| ) | CASE NO: 3:05-CR-103 |
| vs. ) | |
| ) | |
| AKEVA PALMER, ) | JUDGE ROSE |
| SSN: XXX-XX-2944 ) | MAGISTRATE JUDGE OVINGTON |
|     Defendant, ) | |
| ) | |
|     and ) | |
| ) | |
| Economy Linen & Towel Services ) | |
| ) | |
|     Garnishee. ) | |

## GARNISHEE ORDER

On December 28, 2011 a Writ of Continuing Garnishment ("Writ") was duly issued to the Garnishee, Economy Linen & Towel Services ("Garnishee"). (Doc. #37) The Writ was served upon the Garnishee on January 9, 2012.(Doc. #41, Exhibit B) Pursuant to the Writ, the Garnishee filed an Answer on January 18, 2012 stating that Garnishee is in possession, custody or has in its control, personal property belonging to and due the Defendant; that Defendant is employed by Economy Linen & Towel Services; and that the Defendant receives wages from the Garnishee. (Doc #40)

The Defendant was notified of his/her right to a hearing and has not requested a hearing to determine exempt property.

**IT IS ORDERED** that Garnishee pay twenty-five percent (25%) of the Defendant's disposable earning (less any court ordered child support) to Plaintiff on a weekly pay period and continue said payments until the debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this Court.

**IT IS FURTHER ORDERED** that the Garnishee pay to the Plaintiff the total amount of disposable earning withheld by the Garnishee from the date of the issuance of the Writ of Continuing Garnishment until the date of this Order.

Dated: 3/12/12

_____
UNITED STATES MAGISTRATE JUDGE